UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC., *et al.,*[1] | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated, | Adv. Pro. No. 20-50548 (CSS) |
| Plaintiff, | |
| v. | |
| ART VAN FURNITURE, LLC, et al., | |
| Defendants. | |

**STIPULATION EXTENDING TIME OF DEFENDANTS**
**TO RESPOND TO COMPLAINT**

Plaintiffs Todd Stewart and Jennifer Sawle ("Plaintiffs"), and Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), by and through their undersigned counsel, hereby stipulate and agree as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

## **RECITALS**

1. March 23, 2020, Plaintiffs filed their Complaint for Violation Of Warn Act 29 U.S.C. § 2101, Et Seq. [Adv. Docket No. 1] (the "Complaint") in the above-captioned adversary proceeding;

2. On March 23, 2020, the Clerk of Court issued the Summons and Notice of Pretrial Conference in Adversary Proceeding [Adv. Docket No. 3];

3. On March 24, 2020, the Clerk of Court issued the Amended Summons and Notice of Pretrial Conference in Adversary Proceeding [Adv. Docket No. 4] (the "Amended Summons");

4. Pursuant to the Amended Summons, the current deadline for the Trustee to respond to the Complaint (the "Response Deadline") is April 24, 2020, and the pretrial conference has yet to be determined.

5. Pursuant to Rule 7012-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Parties may, by stipulation—and without a court order—extend the Trustee's time to respond to the complaint for 30 days.

6. To avoid the cost of litigation, the Parties have agreed to continue the Defendants' time to respond to the Complaint until May 24, 2020.

**WHEREFORE**, the Parties stipulate that:

7. The Trustee shall have through and including May 24, 2020 to respond to the Complaint.

8. This Stipulation is without prejudice to any party's substantive rights.

DOCS_LA:329169.1

| | |
|---|---|
| Dated: April 24, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |

                                      */s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:       bsandler@pszjlaw.com
             crobinson@pszjlaw.com
             pkeane@pszjlaw.com

*Proposed Counsel to Alfred T. Giuliano, Chapter 7 Trustee*


THE LAW OFFICES OF JOYCE, LLC


    */s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
Email: mjoyce@mjlawoffices.com

-and-

OF COUNSEL:
Jack A. Raisner
René S. Roupinian
RAISNER ROUPINIAN LLP
500 Fifth Avenue, Suite 1600
New York, New York 10110
Telephone: (212) 221-1747
Facsimile: (212) 221-1747
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com

*Attorneys for Plaintiffs and the putative class Plaintiffs*

DOCS_LA:329169.1