# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC., *et al.,*[1]<br><br>                       Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>Jointly Administered |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>                       Plaintiff,<br><br>v.<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>                       Defendants. | Adv. Pro. No. 20-50548 (CSS)<br><br>**Related to Docket No. 10** |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 1st day of July, 2020, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

> *CERTIFICATION OF COUNSEL REGARDING FOURTH STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT*

                                                       */s/ Colin R. Robinson*
                                                       Colin R. Robinson (DE Bar No. 5524)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

*Via Email*
Michael J. Joyce (No. 4563)
THE LAW OFFICES OF JOYCE, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
Email: mjoyce@mjlawoffices.com

*Via Email*
Jack A. Raisner
René S. Roupinian
RAISNER ROUPINIAN LLP
270 Madison Avenue, Suite 1801
New York, New York 10016
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com