# Notice Recipients

District/Off: 0311−1         User: admin              Date Created: 8/10/2021
Case: 20−50548−CSS           Form ID: van447          Total: 4

**Recipients of Notice of Electronic Filing:**
aty         Kevin Gross              gross@rlf.com
aty         Michael Joseph Joyce     mjoyce@mjlawoffices.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft         Art Van Furniture, LLC        6500 East 14 Mile Road        Warren, MI 48092
md          Kevin Gross        Richards, Layton and Finger, P.A.        One Rodney Square        920 North King St.        Wilmington, DE 19801

TOTAL: 2