# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 20-10533 (CSS) |
| ART VAN FURNITURE, LLC., *et al.,* | Chapter 7 |
| Debtors. | Jointly Administered |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated, | |
| Plaintiffs, v. | Adv. Pro. No. 20-50548 (CSS) |
| ART VAN FURNITURE, LLC, et al., | |
| Defendants. | |

## MEDIATOR'S REPORT

On July 27, 2021, counsel and the parties met with the Mediator using the Zoom function to mediate the issues which the adversary proceeding raise. The parties also met by teleconference with the Mediator and each other thereafter. Unfortunately, the mediation did not result in a settlement of the adversary proceeding. The Mediator remains available should the parties later decide that mediation would be useful.

s/ Kevin Gross
-------------------------------------------------
Kevin Gross, Mediator
Bar I.D. No. 209