# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>                           Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered) |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>                           Plaintiffs,<br><br>vs.<br><br>ART VAN FURNITURE, LLC, *et al.*,<br><br>                           Defendants. | Adv. Proc. No. 20-50548 (CSS) |

## DECLARATION OF BRADFORD SANDLER IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR SUMMARY JUDGMENT

**PACHULSKI STANG ZIEHL & JONES LLP**
Bradford J. Sandler (DE Bar No. 4142)
Beth Levine (New York Bar No. 2572246)
(admitted *pro hac vice*)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   bsandler@pszjlaw.com
             blevine@pszjlaw.com
             crobinson@pszjlaw.com
             pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee to Defendants Art Van Furniture, LLC, *et al.*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

I, BRADFORD SANDLER, hereby declares:

1. I am an attorney at law duly licensed to practice before this Court. I am a partner of the law firm of Pachulski Stang Ziehl & Jones LLP, attorneys of record for Alfred T. Giuliano, Chapter 7 Trustee to Defendants Art Van Furniture, LLC, *et al*. in the above-captioned chapter 7 case (the "Case"). The facts stated herein are of my own personal knowledge, or made known to me from a review of the files and pleadings in the Case which are maintained in the ordinary course of business. If called upon as a witness to any facts set forth herein, I could and would competently testify thereto. All capitalized terms not defined below shall have the meaning ascribed to said terms in the Chapter 7 Trustee's Motion for Summary Judgment (the "Motion").

2. Attached hereto as **Exhibit A** is a true and correct copy of the *Declaration of David Ladd, Executive Vice President and Chief Financial Officer of Art Van Furniture, LLC, in Support of Chapter 11 Petitions and First Day Motions*, filed in the Chapter 11 Cases [Bankr. Doc. 12].

3. Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the March 10, 2020 hearing held before the Bankruptcy Court in the Chapter 11 Cases.

4. Attached hereto as **Exhibit C** is a true and correct copy of the *Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* entered in the Chapter 11 Cases [Bankr. Doc. 93].

5. Attached hereto as **Exhibit D** is a true and correct copy of the article "Art Van Furniture to close all stores, including 24 in Illinois," *Chicago Tribune*, March 5, 2020, available at https://www.chicagotribune.com/business/ct-biz-art-van-shutting-down-20200305-2efw2ukfk5g2dfpzgooebjv7ry-story.html.

6. Attached hereto as **Exhibit E** is a true and correct copy of the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. Sections 105, 361, 364(c) and 364(d); and (II) Granting Related Relief* filed in the Chapter 11 Cases [Bankr. Doc. 49] ("Levin DIP Motion").

7. Attached hereto as **Exhibit F** is a true and correct copy of the *Interim Order* on Levin DIP Motion entered in the Chapter 11 Cases [Bankr. Doc. 137].

8. Attached hereto as **Exhibit G** is a true and correct copy of the WARN Act notice issued by AVF on March 5, 2020, to potentially "affected employees" who worked in or reported to seven of the Debtors' facilities in Michigan, two facilities in Illinois and one in Pennsylvania.

9. Attached hereto as **Exhibit H** is a true and correct copy of the *Corrected Motion for Entry of Order Converting Their Chapter 11 Cases to Cases Under Chapter 7* filed in the Chapter 11 Cases [Bankr. Doc. 252].

10. Attached hereto as **Exhibit I** is a true and correct copy of the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* filed in the Chapter 11 Cases [Bankr. Doc. 5].

11. Attached hereto as **Exhibit J** is a true and correct copy of the *Debtors' Motion for Entry of Interim and Final Orders (I) Approving Procedures for Store Closing Sales, (II) Authorizing Customary Bonuses to Employees of Closing Stores; (III) Authorizing Assumption of Consulting Agreement and (IV) Granting Related Relief* filed in the Chapter 11 Cases [Bankr. Doc. 52].

12. Attached hereto as **Exhibit K** is a true and correct copy of the transcript of the March 12, 2020 hearing held before the Bankruptcy Court in the Chapter 11 Cases.

13. Attached hereto as **Exhibit L** is a true and correct copy of the *Pres. Donald J. Trump, Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak,* dated March 13, 2020 (85 F.R. 15337 (March 13, 2020)), available at https://www.govinfo.gov/content/pkg/FR-2020-03-18/pdf/2020-05794.pdf.

14. Attached hereto as **Exhibit M** is a true and correct copy of *Wolf Administration Issues Guidance to Non-Essential Businesses as Part of COVID-19 Mitigation Efforts*, March 14, 2020, available at https://dced.pa.gov/newsroom/wolf-administration-issues-guidance-to-non-essential-businesses-as-part-of-covid-19-mitigation-efforts/.

15. Attached hereto as **Exhibit N** is a true and correct copy of *All Non-Life-Sustaining Businesses in Pennsylvania to Close Physical Locations As of 8 PM Today to Slow Spread of COVID-19,* March 19, 2020, available at https://www.governor.pa.gov/newsroom/all-non-life-sustaining-businesses-in-pennsylvania-to-close-physical-locations-as-of-8-pm-today-to-slow-spread-of-covid-19/.

16. Attached hereto as **Exhibit O** is a true and correct copy of *Governor Whitmer Signs Executive Order Temporarily Closing Bars, Theaters, Casinos, and Other Public Spaces; Limiting Restaurants to Delivery and Carry-Out Orders*, March 16, 2020, available at https://www.michigan.gov/whitmer/0,9309,7-387-90499_90640-521763--,00.html.

17. Attached hereto as **Exhibit P** is a true and correct copy of Gov. Tom Wolf's Executive Order, dated March 19, 2020, available at https://www.governor.pa.gov/wp-content/uploads/2020/03/20200319-TWW-COVID-19-business-closure-order.pdf.

18. Attached hereto as **Exhibit Q** is a true and correct copy of Gov. Gretchen Whitmer's Executive Order 2020-21 (COVID-19), dated March 23, 2020, available at https://www.michigan.gov/whitmer/0,9309,7-387-90487-522625--,00.html.

19. Attached hereto as **Exhibit R** is a true and correct copy of Dir. of Public Health Amy Acton's Stay at Home Order, dated March 22, 2020, available at https://content.govdelivery.com/attachments/OHOOD/2020/03/22/file_attachments/1407840/Stay%20Home%20Order.pdf.

20. Attached hereto as **Exhibit S** is a true and correct copy of Gov. JB Pritzker's Executive Order in Response to COVID-19 (COVID-19Executive Order No. 8), dated March 20, 2020, available at https://www2.illinois.gov/IISNews/21288-Gov._Pritzker_Stay_at_Home_Order.pdf.

21. Attached hereto as **Exhibit T** is a true and correct copy of the WARN Act notice issued by AVF on March 19, 2020, to AVF employees.

22. Attached hereto as **Exhibit U** is a true and correct copy of the transcript of the March 19, 2020 hearing before the Bankruptcy Court in the Chapter 11 Cases.

23. Attached hereto as **Exhibit V** is a true and correct copy of the transcript of the March 31, 2020 hearing before the Bankruptcy Court in the Chapter 11 Cases.

24. Attached hereto as **Exhibit W** is a true and correct copy of the *Order Granting Debtor's Amended Motion to Convert* entered in the Chapter 11 Cases [Bankr. Doc. 263].

25. Attached hereto as **Exhibit X** is a true and correct copy of the transcript of the April 6, 2020 hearing before the Bankruptcy Court in the Chapter 11 Cases.

26. Attached hereto as **Exhibit Y** is a true and correct copy of the *Class Action Adversary Proceeding Complaint For Violation of Warn Act 29 U.S.C. § 2101, et seq.* filed in the

above-captioned adversary proceeding [Adv. Docket No. 1].

27. Attached hereto as **Exhibit Z** is a true and correct copy of the article by Hiltzik, M., "A declassified government report offers no support for the lab-leak theory of COVID's origin," *Los Angeles Times*, Nov. 1, 2021, available at https://www.latimes.com/business/story/2021-11-01/declassified-government-report-lab-leak-theory.

28. Attached hereto as **Exhibit AA** is a true and correct copy of the Office of the Director of National Intelligence, "Updated Assessment on COVID-19 Origins" Report, available at https://www.dni.gov/files/ODNI/documents/assessments/Declassified-Assessment-on-COVID-19-Origins.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this 12th day of November, 2021 at Wilmington, Delaware.

_____
Bradford Sandler