**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC., *et al.,*[1] | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>Defendants. | Adv. Pro. No. 20-50548 (CSS) |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND RELATED RELIEF**

For the reasons stated in the accompanying Memorandum of Law and exhibits, Plaintiffs

Todd Stewart and Jennifer Sawle, on behalf of themselves  and all others similarly situated (the

"Plaintiffs"), hereby move the Court for an order in furtherance of their claims under the Worker

Adjustment Retraining and Notification ("WARN") Act, 29 U.S.C. § 2101 *et seq*., (a) certifying a

class, pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, made applicable by

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

Federal Rule of Bankruptcy Procedure 7023, comprised of: Plaintiffs and all persons (i) who worked at, reported to, or received assignments from Defendants' Facilities, (ii) who were terminated without cause beginning on or about March 19, 2020, and within 90 days of that date, or were terminated without cause as the reasonably foreseeable consequence of the mass layoffs and/or plant closings ordered by Defendants on or about March 19, 2020, and (iii) who are "affected employees" within the meaning of 29 U.S.C. § 2101(a)(5).and (iv) who have not filed a timely request to opt-out of the class, (b) appointing Raisner Roupinian LLP as Class Counsel, (c) appointing Plaintiffs as the Class Representatives, (d) approving the form and manner of Notice, and (e) and such further relief as this Court may deem proper.

Dated: November 14, 2021                          Respectfully Submitted,

                                    */s/ Michael J. Joyce*
                                    Michael J. Joyce (No. 4563)
                                    **THE LAW OFFICES OF JOYCE, LLC**
                                    1225 King Street, Suite 800
                                    Wilmington, DE 19801
                                    Telephone: (302)-388-1944
                                    Email: mjoyce@mjlawoffices.com

OF COUNSEL :

René S. Roupinian (*admitted pro hac vice*)
Jack A. Raisner (*admitted pro hac vice*)
**RAISNER ROUPINIAN LLP**
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Facsimile: (212) 221-1747
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com

*Attorneys for Plaintiffs and the putative class*