# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC., *et al.,*[1]<br><br>       Debtors.<br><br>TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br>v.<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>       Defendants. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>Jointly Administered<br><br><br>Adv. Pro. No. 20-50548 (CSS) |

## CERTIFICATE OF SERVICE

I, Jenny Hoxha, under penalty of perjury, certify the following as true and correct: I am not a party to this action, employed by Raisner Roupinian LLP, and I am over 18 years of age. I hereby certify that I caused true and correct copies of *Plaintiffs' Motion for Class Certification, Memorandum of Law in Support of Motion for Class Certification*, *Declaration of Todd Stewart, Declaration of Jennifer Sawle, Declaration of René Roupinian, Notice to Class, Proposed Order*, and the corresponding *Certificate of Service* to be served upon the parties listed below via email as listed below:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

**Service List:**

Bradford J. Sandler
Colin R. Robinson
Peter J. Keane
Beth Levine
**PACHULSKI STANG ZIEHL & JONES LLP**
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Email: bsandler@pszjlaw.com
crobinson@pszjlaw.com
pkeane@pszjlaw.com
blevine@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee for Debtors*


Dated:  November 14, 2021

                                            /s/     *Jenny Hoxha*
                                                   Jenny Hoxha