# EXHIBIT 1

# Art Van Furniture to Close All Stores; Going Out of Business Sales to Start Friday, March 6

Levin & Wolf Furniture to be sold to Robert Levin, pending sale approval



NEWS PROVIDED BY

**Art Van Furniture →**
Mar 05, 2020, 09:31 ET

WARREN, Mich., March 5, 2020 /PRNewswire/ -- AVF Holdings, Inc. (the "Company"), announced today it has made the difficult decision to wind down operations and begin liquidation sales at all of its company owned stores in Michigan, Illinois, Indiana, Missouri, and Ohio.  The Company operates under the brands Art Van Furniture, Art Van PureSleep and Scott Shuptrine Interiors.  Levin & Wolf Furniture in Ohio and Pennsylvania will be sold to Robert Levin, pending court approval.  Eight Wolf Furniture stores in Maryland and Virginia will also be liquidated.

"Despite our best efforts to remain open, the Company's brands and operating performance have been hit hard by a challenging retail environment," said Diane Charles, Art Van Furniture spokesperson. "We recognize the extraordinary retail, community and philanthropic legacies that Art Van Furniture has built for decades in the community."

Art Van Elslander, opened his first furniture store in metro Detroit in 1959, growing it to the number one furniture and mattress retailer in the Midwest.

"On behalf of the Company we want to offer our sincere appreciation to our employees for their dedication, commitment and hard work. We also want to extend our gratitude to the many customers, vendors, franchisees, charities and communities who have supported these retailers," continued Charles.

The liquidation sales will begin Friday, March 6 at all Art Van Furniture, Art Van PureSleep, and Scott Shuptrine Interiors in Michigan, Illinois, Ohio, Indiana, and Missouri, and select Wolf stores in Maryland and Virginia.

SOURCE Art Van Furniture

Related Links

http://www.artvan.com