# EXHIBIT 3



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF THE GOVERNOR

## AMENDMENT TO THE ORDER OF
## THE GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA
## FOR LIMITED OPENING OF BUSINESSES, LIFTING OF STAY AT HOME
## REQUIREMENTS, AND CONTINUED AGGRESSIVE MITIGATION EFFORTS

*I hereby amend my Order for the "Limited Opening of Businesses, Lifting of Stay at Home Requirements, and Continued Aggressive Mitigation Efforts" dated May 7, 2020, as amended.*

*The list of counties in Section 1(A) and 2(A) is amended to strike "and" after "Pike" and to add the following after "Schuylkill":*

*, Berks, Bucks, Chester, Delaware, Lackawanna, Lancaster, Lehigh, Montgomery, Northampton, and Philadelphia.*

*Section 3 is amended to add a new sentence at the end of the section as follows:*
*Further, enforcement of this Order with respect to the following counties will commence on June 5, 2020, at 12:01 a.m.:*

*Berks, Bucks, Chester, Delaware, Lackawanna, Lancaster, Lehigh, Montgomery, Northampton, and Philadelphia.*



*GIVEN under my hand and the Seal of the Governor, at the city of Harrisburg, on this fourth day of June two thousand twenty, the year of the commonwealth the two hundred and forty-fourth.*

**TOM WOLF**
*Governor*