IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>                         Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered) |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>                         Plaintiffs,<br><br>vs.<br><br>ART VAN FURNITURE, LLC, *et al.*,<br><br>                         Defendants. | Adv. Proc. No. 20-50548 (CSS)<br><br>**REF. ADV. DOCKET NO. 43** |

**REQUEST FOR ORAL ARGUMENT ON CHAPTER 7 TRUSTEE'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Court"), Plaintiff Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), hereby requests that the Court permit oral argument on the *Chapter 7 Trustee's Motion for Summary Judgment* [Adv. Docket No. 43] (the "Motion"). The Trustee respectfully submits that oral argument may aid the decisional process.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

| | | |
|---|---|---|
| Dated: | December 27, 2021<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Colin R. Robinson*
Bradford J. Sandler (Bar No. 4142)
Beth Levine (NY Bar No. 2572246) (admitted *pro hac vice*)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:    bsandler@pszjlaw.com
          blevine@pszjlaw.com
          crobinson@pszjlaw.com
          pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee to Defendants Art Van Furniture, LLC, *et al.*