IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>                      Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered) |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>                      vs.<br><br>ART VAN FURNITURE, LLC, *et al.*,<br><br>                      Defendants. | Adv. Proc. No. 20-50548 (CSS) |

**NOTICE OF COMPLETION OF BRIEFING WITH RESPECT TO
CHAPTER 7 TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that on March 23, 2020, defendants Plaintiffs Todd Stewart and Jennifer Sawle, on behalf of themselves and a putative class of similarly situated former employees of Debtor Art Van Furniture, LLC and its affiliates, filed the *Class Action Adversary Proceeding Complaint for Violation of WARN Act 29 U.S.C. § 2101, Et Seq.* [Adv. Docket No. 1] with the United States Bankruptcy Court for the District of Delaware (the "Court") in the above-captioned adversary proceeding (the "Adversary Proceeding").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

PLEASE TAKE FURTHER NOTICE that on November 12, 2021, the Plaintiff, Alfred T. Giuliano, chapter 7 trustee to the estates of the above-captioned debtors (the "Debtors"), filed the *Chapter 7 Trustee's Motion for Summary Judgment* [Adv. Docket No. 43] (the "Motion") in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that all briefing with respect to the Motion has been completed. Below is a list of all relevant pleadings and respective docket numbers related to the Motion:

1. *Class Action Adversary Proceeding Complaint for Violation of WARN Act 29 U.S.C. § 2101, Et Seq.* [Filed 3/23/20] (Adv. Docket No. 1)
2. *Chapter 7 Trustee's Answer to Complaint for Violation of WARN Act and Affirmative Defenses* [Filed 12/10/20] (Adv. Docket No. 25)
3. *Chapter 7 Trustee's First Amended Answer to Complaint for Violation of WARN Act and Affirmative Defenses* [Filed 10/29/21] (Adv. Docket No. 40)
4. *Chapter 7 Trustee's Motion for Summary Judgment* [Filed 11/12/21](Adv. Docket No. 43)
5. *Memorandum of Law in Support of Chapter 7 Trustee's Motion for Summary Judgment* [Filed 11/12/21](Adv. Docket No. 44)
6. *Statement of Undisputed Facts in Support of Chapter 7 Trustee's Motion for Summary Judgment* [Filed 11/12/21](Adv. Docket No. 45)
7. *Declaration of Bradford Sandler in Support of Chapter 7 Trustee's Motion for Summary Judgment* [Filed 11/12/21](Adv. Docket No. 46)
8. *Plaintiffs' Brief in Opposition to Trustee's Motion for Summary Judgment and Cross-Motion to Defer Ruling* [Filed 12/3/21] (Adv. Docket No. 49)
9. *Plaintiffs' Response to Trustee's Statement of Undisputed Facts* [Filed 12/3/21] (Adv. Docket No. 50)
10. *Reply in Further Support of Chapter 7 Trustee's Motion For Summary Judgment* [Filed 12/17/21] (Adv. Docket No. 52)
11. *Request for Oral Argument* [Filed 12/27/21] (Adv. Docket No. 56)

| | | |
|---|---|---|
| Dated: | December 27, 2021<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Bradford J. Sandler (Bar No. 4142)<br>Beth Levine (NY Bar No. 2572246) (admitted *pro hac vice*)<br>Colin R. Robinson (DE Bar No. 5524)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:   bsandler@pszjlaw.com<br>             blevine@pszjlaw.com<br>             crobinson@pszjlaw.com<br>             pkeane@pszjlaw.com<br><br>Counsel to Alfred T. Giuliano, Chapter 7 Trustee to Defendants Art Van Furniture, LLC, *et al.* |