Form 417A

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC., *et al.,*[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>Jointly Administered |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>        Debtors. | Adv. Pro. No. 20-50548 (CSS) |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellants**

1. Names of appellants: Plaintiffs Todd Stewart and Jennifer Sawle, on behalf of themselves and all others similarly situated.

2. Position of appellants in the adversary proceeding or bankruptcy case that is the subject of this appeal:

  For appeals in an adversary proceeding:    For appeals in a bankruptcy case and not

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

[X] Plaintiff                                               in an adversary proceeding:
[ ] Defendant                                               [ ] Debtor
[ ] Other (describe) _____                        [ ] Creditor
                                                            [ ] Trustee
                                                            [ ] Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order or decree appealed from: *Opinion and Order Granting Trustee's Summary Judgment Motion and Denying Class Certification* (D.I. 63, 64).

2. State the date on which the judgment, order or decree was entered: March 21, 2022.

**Part 3: Identify the other parties to the appeal**

1. Counsel to the Plaintiffs/Appellants Todd Stewart and Jennifer Sawle, on behalf of themselves and all others similarly situated:

Michael J. Joyce, Esq. (No. 4563)
**JOYCE, LLC**
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302)-388-1944

René S. Roupinian, Esq.
Jack A. Raisner, Esq.
**RAISNER ROUPINIAN LLP**
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747

2. Counsel to Defendant/Appellee Alfred T. Giuliano, Chapter 7 Trustee for Debtors Art Van Furniture, LLC, et al.:

Bradford J. Sandler, Esq.
Beth Levine, Esq.
Colin R. Robinson, Esq.
Peter J. Keane, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705

Wilmington, Delaware 19899
Telephone: (302) 652-4100

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts).**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Dated: April 4, 2022                                         Respectfully Submitted,

*/s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302)-388-1944
Email: mjoyce@mjlawoffices.com

OF COUNSEL:

René S. Roupinian (*admitted pro hac vice*)
Jack A. Raisner (*admitted pro hac vice*)
**RAISNER ROUPINIAN LLP**
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Facsimile: (212) 221-1747
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com

*Attorneys for Plaintiffs and all others similarly situated*