# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC., *et al.*,[1]<br><br>                      Debtors.<br><br>TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>                      Plaintiff,<br>v.<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>                      Defendants. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>Jointly Administered<br><br>Adv. Pro. No. 20-50548 (CTG) |

## NOTICE OF CROSS-APPEAL

Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") of the bankruptcy estates of Art Van Furniture, LLC, AVF Holding Company, Inc., AVCE, LLC, AVF Holdings I, LLC, AVF Holdings II, LLC, AVF Parent, LLC, Levin Parent, LLC, Art Van Furniture of Canada, LLC, AV Pure Sleep Franchising, LLC, AVF Franchising, LLC, LF Trucking, Inc., Sam Levin, Inc., and Comfort Mattress LLC (collectively, the "Debtors" or the "Defendants") in the above-captioned adversary proceeding, by and through his undersigned counsel, hereby gives notice of its cross-appeal pursuant to 28 U.S.C. § 158(aa) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure from the Opinion (the "Opinion"), dated March 21, 2022 [D.I 63], and the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

Order (the "Order") [D.I. No. 64], dated March 21, 2022, granting the Trustee's motion for summary judgment and the motion of the plaintiffs for class-certification. The Trustee cross-appeals only that portion of the Opinion that found that "liquidating fiduciary" exception does not apply to the facts set forth in the above-captioned adversary proceeding and the Order only to the extent it incorporates that portion of the Court's Opinion holding that the "liquidating fiduciary" exception to alleged WARN Act liability was not applicable.

The names of all parties to the Opinion and Order being appealed, as well as the name, addresses, and telephone numbers of their respective attorneys are as follows:

1.  Counsel to the Plaintiffs/Appellants Todd Stewart and Jennifer Sawle, on behalf of themselves and all others similarly situated.

> Michael J. Joyce. Esq.
> Joyce LLC
> 1225 King Street, Suite 800
> Wilmington, DE 19801
> Telephone: (302) 388-1944
>
> Rene S, Roupinian, Esq.
> Jack A. Raiser, Esq.
> Raisner Roupinian LLP
> 270 Madison Avenue, Suite 1801
> New York, New York 10016
> Telephone: (212) 221-1747

2.  Counsel to Alfred Giuliano, Chapter 7 Trustee for Debtors Art Van Furniture, LLC, et al., Defendants/Appellees.

> Bradford J. Sandler, Esq.
> Beth E. Levine, Esq.
> Colin R. Robinson, Esq.
> Peter J. Keane, Esq.
> Pachulski Stang Ziehl Young & Jones LLP
> 919 N. Market Street, 17th Floor
> Wilmington, Delaware 19899-8705
> (302) 778-6403

DOCS_NY:45509.3 05233/003

Dated:  April 14, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (Bar No. 4142)
Beth E. Levine (admitted *pro hac vice*)
Colin R. Robinson (Bar No. 5524)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  bsandler@pszjlaw.com
           blevine@pszjlaw.com
           crobinson@pszjlaw.com
           pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*