# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE LLC, *et al.*,[1]<br><br>                              Debtors.<br><br>TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>                              v.<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>                              Defendants. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>Jointly Administered<br><br>Adv. Proc. No. 20-50548 (CTG) |

### APPELLEE AND CROSS-APPELLANT'S STATEMENT
### OF ISSUE ON CROSS-APPEAL AND COUNTER-DESIGNATION OF
### ADDITIONAL ITEMS FOR INCLUSION IN THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L. R 8009-1, Appellee and Cross-Appellant, Alfred T. Giuliano ("<u>Appellee</u>"), in his capacity as chapter 7 trustee of Start Man Furniture, LLC, *et al.*, for the estates of the above-captioned debtors (collectively, the "<u>Debtors</u>") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code, submits this statement of the issues on cross-appeal and counter-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

DOCS_NY:45675.3 05233/003

designation of additional items to be included in connection with the appeal filed by plaintiffs Todd Stewart and Jennifer Sawle (collectively, "Plaintiffs") and the cross-appeal filed by Appellee from the *Opinion and Order Granting Trustee's Summary Judgment Motion and Denying Class Certification* [Adv. D.I. 63, 64] entered on March 21, 2022.

## STATEMENT OF ISSUES TO BE PRESENTED ON COUNTER-APPEAL

1.      Did the Bankruptcy Court err in finding that the "liquidating fiduciary" exception to the Federal Worker Adjustment and Retraining Notification Act does not apply to this case?

## COUNTER-DESIGNATION OF RECORD

These lists supplement the list designated in *Appellants' Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal*, dated April 28, 2022.

Appellee counter-designates the following items from the docket of above-captioned adversary proceeding. Each designated item includes any exhibits thereto.

| Adv. D.I. | Date Filed | Description |
|---|---|---|
| 26 | May 26, 2021 | Order Assigning Adversary Proceeding to Mediation and Setting Mediation Deadlines |
| 31 | June 10, 2021 | Pretrial Scheduling Order |
| 39 | October 15, 2021 | Mediator's Final Report |
| 72 | April 14, 2021 | Notice of Cross Appeal |

Appellee counter-designates the following items from the main bankruptcy case docket of above-captioned cases. Each designated item includes any exhibits thereto.

| D.I. | Date Filed | Description |
|---|---|---|
| 5 | March 9, 2020 | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief |
| 49 | March 9, 2020 | Debtors' Motion for Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief |
| 52 | March 9, 2020 | Debtors' Motion for Entry of Interim and Final Orders (I) Approving Procedures for Store Closing Sales, (II) Authorizing Customary Bonuses to Employees of Closing Stores; (III) Authorizing Assumption of Consulting Agreement and (IV) Granting Related Relief |
| 82 | March 11, 2020 | Transcript of March 10, 2020 hearing |
| 93 | March 11, 2020 | Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief |
| 123 | March 13, 2020 | Transcript of March 12, 2020 hearing |
| 137 | March 16, 2020 | Interim Order: (I) Authorizing Secured Post-Petition Financing Pursuant To 11 U.S.C. Sections 105, 361, 364(C) and 364(D); (II) Scheduling a Final Hearing; and (III) Granting Related Relief |
| 201 | March 30, 2020 | Transcript of March 19, 2020 hearing |
| 225 | April 1, 2020 | Transcript of March 31, 2020 hearing |
| 252 | April 3, 2020 | Debtors' Corrected Motion For Entry Of an Order (I) Converting Their Chapter 11 Cases To Cases Under Chapter 7, (II) Establishing a Deadline For Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief |
| 263 | April 6, 2020 | Order (I) Converting Their Chapter 11 Cases To Cases Under Chapter 7, (II) Establishing a Deadline For Filing Final |

| D.I. | Date Filed | Description |
|---|---|---|
|  |  | Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief |
| 1237 | May 17, 2021 | Transcript of April 6, 2020 hearing. |

Dated:  May 11, 2022             PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (Bar No. 4142)
Beth E. Levine (admitted *pro hac vice*)
Colin R. Robinson (Bar No. 5524)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  bsandler@pszjlaw.com
            blevine@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*