IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.,[1]<br><br>                  Debtors. | Chapter 7<br>Case No. 20-10553 (CTG)<br>(Jointly Administered) |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>                  Defendant. | Adv. Proc. No. 20-50548 (CTG) |

**NOTICE OF SERVICE OF DISCOVERY**

**PLEASE TAKE NOTICE** that on the 18th day of August, 2025, counsel to Alfred T. Giuliano (the "Trustee"), on behalf of the chapter 7 bankruptcy estates of Art Van Furniture, LLC, AVF Holding Company, Inc., AVCE, LLC, AVF Holdings I, LLC, AVF Holdings II, LLC, AVF Parent, LLC, Levin Parent, LLC, Art Van Furniture of Canada, LLC, AV Pure Sleep Franchising, LLC, AVF Franchising, LLC, LF Trucking, Inc., Sam Levin, Inc., and Comfort Mattress LLC (collectively, the "Debtors" or the "Defendants"), served the ***Defendants' Disclosure Of Information Regarding Electronic Documents*** on the individual(s) listed below in the manner indicated.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

**BY EMAIL SERVICE:**

Jack A. Raisner, Esq.
Raisner Roupinian LLP
270 Madison Avenue
Suite 1801
New York, NY 10016
Email: jar@raisnerroupinian.com

Rene S. Roupinian, Esq.
Raisner Roupinian LLP
270 Madison Avenue
Suite 1801
New York, NY 10016
Email: rsr@raisnerroupinian.com

Michael Joseph Joyce, Esq.
The Law Offices of Joyce, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
Email: mjoyce@mjlawoffices.com

|  |  |
|---|---|
| Dated:  August 18, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
|  | /s/ *Peter J. Keane* |
|  | Bradford J. Sandler (DE Bar No. 4142) |
|  | Beth E. Levine (NY Bar No. 2572246) (admitted *pro hac vice*) |
|  | Peter J. Keane (DE Bar No. 5503) |
|  | 919 N. Market Street, 17th Floor |
|  | Wilmington, DE  19801 |
|  | Telephone:  (302) 652-4100 |
|  | Facsimile:   (302) 652-4400 |
|  | Email: bsandler@pszjlaw.com |
|  |          blevine@pszjlaw.com |
|  |          pkeane@pszjlaw.com |
|  | *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |