**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC., *et al.,* [1]<br><br>                   Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>Jointly Administered |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>                   Plaintiffs,<br>v.<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>                   Defendants. | Adv. Pro. No. 20-50548 (CSS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 18, 2025, a copy of *Plaintiffs' Electronic Discovery Disclosure* and a corresponding *Certificate of Service* were caused to be served on the following via Electronic Mail:

Bradford J. Sandler (bsandler@pszjlaw.com)
Colin R. Robinson (crobinson@pszjlaw.com)
Peter J. Keane (pkeane@pszjlaw.com)
Beth Levine (blevine@pszjlaw.com)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 N. Market Street, 17th Floor
Wilmington, DE 19801

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

Dated: August 18, 2025

*/s/ René S. Roupinian*
René S. Roupinian, Esq. (P52737)
Jack A. Raisner, Esq.
**RAISNER ROUPINIAN LLP**
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Facsimile: (212) 221-1747
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com

**THE LAW OFFICES OF JOYCE, LLC**
Michael J. Joyce (No. 4563)
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302)-388-1944
Email: mjoyce@mjlawoffices.com

*Attorneys for Plaintiffs and the putative class*