**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC., *et al.*,[1]<br><br>Debtors.<br><br>―――――――――――――――<br><br>TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ART VAN FURNITURE, LLC, et al.,<br><br>Defendants. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>Jointly Administered<br><br><br><br>Adv. Proc. No. 20-50548 (CSS)<br><br><br><br>**Re: Docket Nos. 47 and 82** |

<u>**Rescheduled**</u> **Hearing Date: October 22, 2025, at 10:00 a.m. (ET)**

**NOTICE OF RESCHEDULED HEARING REGARDING PLAINTIFFS' MOTION**
**FOR CLASS CERTIFICATION AND RELATED RELIEF**

**PLEASE TAKE NOTICE** that on November 14, 2021, Plaintiffs Todd Stewart and Jennifer Sawle, on behalf of themselves and all others similarly situated (the "<u>Plaintiffs</u>"), filed the *Plaintiffs' Motion for Class Certification and Related Relief* [Docket No. 47] (the "<u>Motion</u>").

**PLEASE TAKE FURTHER NOTICE** that on August 4, 2025, the Bankruptcy Court entered the *Amended Pre-Trial Scheduling Order* [Docket No. 82] (the "<u>Amended

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

Scheduling Order"). The Amended Scheduling Order scheduled a hearing on the Motion on September 10, 2025, at 2:00 p.m. (ET) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing on the Motion has been rescheduled to **October 22, 2025, at 10:00 a.m. (ET)**, before the Honorable Craig T. Goldblatt, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated: September 4, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Facsimile:  302-652-4400 |
| | E-mail:   bsandler@pszjlaw.com |
| |            pkeane@pszjlaw.com |
| | *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |