**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.,[1]<br><br>      Debtors. | Chapter 7<br>Case No. 20-10553 (CTG)<br>(Jointly Administered) |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>START MAN FURNITURE, LLC, et al.,<br><br>      Defendant. | Adv. Proc. No. 20-50548 (CTG) |

**Rescheduled Hearing Date: December 4, 2025, at 10:00 a.m. (ET)**

**NOTICE OF RESCHEDULED HEARING REGARDING PLAINTIFFS' MOTION**
**FOR CLASS CERTIFICATION AND RELATED RELIEF**

**PLEASE TAKE NOTICE** that on November 14, 2021, Plaintiffs Todd Stewart and Jennifer Sawle, on behalf of themselves and all others similarly situated (the "Plaintiffs"), filed the *Plaintiffs' Motion for Class Certification and Related Relief* [Docket No. 47] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on August 4, 2025, the Bankruptcy Court entered the *Amended Pre-Trial Scheduling Order* [Docket No. 82] (the "Amended

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

Scheduling Order"). The Amended Scheduling Order scheduled a hearing on the Motion on September 10, 2025, at 2:00 p.m. (ET) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing on the Motion has been rescheduled to **December 4, 2025, at 10:00 a.m. (ET)**, before the Honorable Craig T. Goldblatt, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

 Dated: October 20, 2025                              PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:   bsandler@pszjlaw.com
                pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

4918-4036-6950.2 05233.003                              2