## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC),[1]<br><br>　　　　　　　Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>Jointly Administered |
| TODD STEWART and JENNIFER SAWLE on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>START MAN FURNITURE, LLC, et al. (f/k/a Art Van Furniture, LLC),<br><br>　　　　　　　Defendants. | Adv. Proc. No. 20-50548 (CTG) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JULY 20, 2026 AT 2:30 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

4911-8742-2653.1 05233.003

**THIS HEARING HAS BEEN CANCELLED BY THE COURT
AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**ADJOURNED MATTER:**

1.  *[Todd Steward and Jennifer Sawle v. Art Van Furniture, LLC - Adv. Case No. 20-50548]* Plaintiffs' Motion for Class Certification and Related Relief  [Filed: 11/14/21] (Docket No. 47)

    Responses Received:

    A.    Chapter 7 Trustee's Opposition to Plaintiffs' Motion for Class Certification and Cross Motion to Stay Consideration [Filed: 12/6/21] (Docket No. 51)

    Replies Received:

    A.    Plaintiffs' Reply in Further Support of Motion for Class Certification [Filed: 12/20/21] (Docket No. 53)

    Related Documents:

    A.    Plaintiffs' Request for Oral Argument on Plaintiffs' Motion for Class Certification and Related Relief [Filed: 12/27/21] (Docket No. 54)

    B.    Notice of Completion of Briefing on Plaintiffs' Motion for Class Certification and Related Relief [Filed: 12/27/21] (Docket No. 55)

    C.    Request for Oral Argument on Chapter 7 Trustee's Motion for Summary Judgment [Filed: 12/27/21] (Docket No. 56)

    D.    [Signed] Order [Filed: 3/21/22] (Docket No. 64)

    E.    [Signed] Order (District Court) [Filed: 12/13/22] (Docket No. 77)

    F.    [Signed] Order(Third Circuit) [Filed: 6/5/25] (Docket No. 78)

    G.    [Signed] Amended Pre-Trial Scheduling Order [Filed: 8/4/25] (Docket No. 82)

    H.    Notice of Rescheduled Hearing Regarding Plaintiffs' Motion for Class Certification and Related Relief [Filed: 9/4/25] (Docket No. 85)

    I.    Notice of Rescheduled Hearing Regarding Plaintiffs' Motion for Class Certification and Related Relief [Filed: 10/20/25] (Docket No. 86)

    J.    Notice of Rescheduled Hearing Regarding Plaintiffs' Motion for Class Certification and Related Relief [Filed: 12/1/25] (Docket No. 87)

Status:  This matter is adjourned to the next omnibus hearing date.

Dated: July 16, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  bsandler@pszjlaw.com
            pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*